IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Acqueelah Walker-Casey <br><br> Plaintiff, <br><br> v. <br> Walmart Stores, LP <br> Defendants. | Civil Action No. <br><br> 18-12439 |

## ORDER

**AND NOW**, this 12th day of December, 2018, upon consideration of Plaintiff's Petition to Remand, (#5) and Defendant's response thereto (#8), the Court having heard oral argument of counsel, for the reasons set forth on the record, it is hereby **ORDERED** that the Petition to Remand is **DENIED**.

BY THE COURT:

_____
HON. BRIAN R. MARTINOTTI, U.S.D.J