**SCHOEMAN UPDIKE KAUFMAN & GERBER LLP**
155 Willowbrook Boulevard, Suite 300
Wayne, New Jersey 07470
T: (973) 256-9000
*Attorneys for Defendant Wal-Mart Stores East, LP*
*(incorrectly named as Walmart Stores East, LP)*

| | |
|---|---|
| ACQUEELAH WALKER-CASEY<br><br>Plaintiff,<br><br>vs.<br><br>WALMART STORES EAST, LP and JOHN DOE (1-Unlimited) and ABC CORPORATION (1-Unlimited),<br><br>Defendants. | **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Civil Action No. 3:18-cv-12439-BRM-LHG<br><br>*Civil Action*<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEYS' FEES** |

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, it is hereby stipulated by and between the undersigned that all of Plaintiff's claims in this action, including those against Wal-Mart Stores East, LP (incorrectly named as Walmart Stores East, LP), be and hereby are dismissed with prejudice and without costs or attorneys' fees against any party.

SIMON & SIMON, P.C.
Attorneys for Plaintiff Acqueelah
Walker-Casey

By: _____
Marc I. Simon

Dated:

SCHOEMAN UPDIKE KAUFMAN &
GERBER LLP
Attorneys for Defendant Wal-Mart Stores
East, LP (incorrectly named as Walmart
Stores East, LP)

By: _____
Ola A. Nunez

Dated:

It is so ordered this 31ST day
of March, 2020

_____
Brian R. Martinotti, U.S.D.J.